# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO G. LOPEZ, | Case No.: 3:17-cv-00732-RCJ-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The court will establish new deadlines for the parties to address the interpretation of Nevada Department of Corrections Administrative Regulation (AR) 639 and the provisions therein including, (1) whether an inmate who is personally involved in a civil rights lawsuit directly involving medical issues may possess copies of the inmate's medical records relevant to the lawsuit's medical issues [AR 639.02(8)], and (2) whether an inmate involved in such litigation, if indigent, will be provided copies of such relevant records [AR 639.02(7)(c)]. Any existing deadlines pertaining to briefing of this issue are **VACATED**. The court will also set a hearing on the aforementioned issues.

**IT IS SO ORDERED.**

DATED: December 9, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE