# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTORIANO G. LOPEZ, | ) | 3:17-cv-00732-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 22, 2020 |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to File Response to Defendants' Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 87).

Good cause appearing, Plaintiff's Motion for Extension of Time to File Response to Defendants' Opposition to Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 87) is **GRANTED**.  Plaintiff shall have to and including **January 17, 2021**, in which to file his reply to Defendants' opposition to Plaintiff's Motion for Leave to File First Amended Complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
          Deputy Clerk