UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO G. LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No.: 3:17-CV-00732-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 110) |

    Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 110[1]) entered on October 22, 2021, recommending that the Court grant and deny in part Defendants' Motion for Summary Judgment (ECF No. 99).

    This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

    The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 110) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 99) is **GRANTED and DENIED IN PART**. Defendants' Motion for Summary Judgment is **GRANTED** insofar as Plaintiff's claim is premised on denial of treatment related to issues, he attributes to having sutures left in his eyes for months after his 2012 eye surgery. Defendants' Motion for Summary Judgment is **DENIED** insofar as Plaintiff's claim is premised on a denial of recommended cataract surgery.

**IT IS SO ORDERED**.

Dated this 14th day of January, 2022.

_____
ROBERT C. JONES
United States District Judge