# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO G. LOPEZ,<br><br>             Plaintiff,<br><br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>             Defendants. | 3:17-cv-00732-RCJ-CSD<br><br>**ORDER** |

The parties shall file their proposed Joint Pretrial Order on or before **Friday, April 29, 2022**.

**IT IS SO ORDERED.**

DATED: March 29, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**