UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO G. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendant. | Case No. 3:17-CV00732-RCJ-CSD<br><br>ORDER |

This matter is before the Court on the party's failure to file a joint pretrial order as instructed by the Court on July 27, 2022, pursuant to LR 16-3 & LR 26-1. See ECF No. 121. Defendant filed a pretrial order on August 19, 2022. Defendant represents that Plaintiff Victoriano G. Lopez "did not participate." See ECF No. 122, at 6. The Defendant's proposed joint pretrial order does not comply with LR 16-3. Therefore, the Court instructs the parties to continue to meet and confer to file a joint proposed pretrial order by November 1, 2022, or, in the alternative, show cause in writing why the parties are unable to reach an agreement. Failure to timely comply may result in the imposition of sanctions. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall meet and confer and file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **Tuesday, November 1, 2022,** or, in the alternative, show cause in writing why the parties are unable to reach an agreement.

**IT IS SO ORDERED.**
Dated: October 12, 2022.

_____
ROBERT C. JONES
United States District Judge

1