UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO LOPEZ,<br><br>  Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Defendants | Case No.: 3:17-cv-00732-RCJ-CSD<br><br>**Order**<br><br>Re: ECF Nos. 149, 150 |

First, Plaintiff's motion to certify a class action under Federal Rule of Civil Procedure 23 (ECF No. 149) is **DENIED**. Plaintiff is proceeding with a single claim of deliberate indifference to a serious medical need under the Eighth Amendment based on alleged denial of recommended cataract treatment. There are no allegations in the amended complaint that would result in the court finding a basis to proceed with a class action. Moreover, this action is beyond the dispositive motions stage and is set for a settlement conference to see if the parties may be able to resolve the matter before proceeding to trial.

Second, Plaintiff's motion to certify a question of constitutionality of state law (ECF No. 150) is also **DENIED**. Plaintiff is not proceeding with a state law claim, but only a single claim under the Eighth Amendment of the United States Constitution.

**IT IS SO ORDERED**.

Dated: March 14, 2023

_____
Craig S. Denney
United States Magistrate Judge