# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VICTORIANO LOPEZ,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:17-cv-00732-RCJ-CSD

**Order**

Re: ECF Nos. 146, 151

    First, Plaintiff has filed a motion for an order that the warden of Lovelock Correctional Center (LCC) cease denial of authorization of legal assistance. (ECF No. 146.) Plaintiff states that he is attaching a denial notice, but there is no denial notice submitted. Plaintiff further states that he and his friend John Quintero have been meeting on the common grounds to discuss legal matters, and Quintero has assisted in phone conferences with Deputy Attorney General Rands in the past. For unexplained reasons, he and Quintero now fear retaliation.

    In essence, Plaintiff is seeking injunctive relief against a non-party, for unexplained fears of retaliation. For these reasons, his motion (ECF No. 146) is **DENIED**.

    Second, Plaintiff has filed a motion for an order that he be allowed to have his friend, inmate John Quintero, assist him at the upcoming settlement conference. He has been advised that Quintero will not be allowed to attend without an order form the court. (ECF No. 151.)

    The court will allow Mr. Quintero, whom Plaintiff asserts is bilingual and has been assisting him in this litigation, to attend and assist in the April 5, 2023 settlement conference.

Therefore, Plaintiff's motion (ECF No. 151) is **GRANTED**. The Attorney General's Office shall ensure that Mr. Quintero is allowed to participate in the April 5, 2023, settlement conference.

**IT IS SO ORDERED**.

Dated: March 14, 2023

_____
Craig S. Denney
United States Magistrate Judge