UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br>    Defendants. | Case No.: 3:17-CV-00732-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 155) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 155[1]) entered on March 14, 2023, recommending that the Court grant Plaintiff's motion for voluntary dismissal of Defendant Dr. Kim Adamson (ECF No. 144) and dismiss Dr. Kim Adamson from this action with prejudice; and deny Plaintiff's motion for judgment on the pleadings (ECF No. 140) and motion for leave nunc pro tunc to file the motion for judgment on the pleadings (ECF No. 142).  Plaintiff filed his objections to Magistrate Judge's Report and Recommendation (ECF No. 160) on March 22, 2023, Defendants filed a response to Plaintiff's objections (ECF No. 162) on April 5, 2023.

  This action was referred to Magistrate Judge Denny under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the objections to the Report and Recommendation and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Denny's Report and Recommendation (ECF No. 155) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for voluntary dismissal of Defendant Dr. Kim Adamson (ECF No. 144) is **GRANTED.** Dr. Kim Adamson is dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion for judgment on the pleadings (ECF No. 140) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave nunc pro tunc to file the motion for judgment on the pleadings (ECF No. 142) is **DENIED.**

**IT IS SO ORDERED.**

DATED this 12TH day of April 2023.

_____
ROBERT C. JONES
Senior United States District Judge