AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: DRands@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas and*
*Michael Minev*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORINO G. LOPEZ,<br><br>           Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>           Defendants. | Case No.  3:17-cv-00732-RCJ-CSD<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

   Plaintiff, Victorino G. Lopez, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this  6th   day of April 2023.           DATED this 15th day of May 2023

                                                                         AARON D. FORD
                                                                         Attorney General

*/s/ Victorino G. Lopez*                                     By: */s/ Douglas R. Rands*
VICTORINO G. LOPEZ                                          DOUGLAS R. RANDS, Bar No. 3572
*Plaintiff*                                                               Senior Deputy Attorney General
                                                                              *Attorneys for Defendants*

                                                                         **IT IS SO ORDERED.**

DATED this 17th day of May 2023.

                                                                         _____
                                                                         **UNITED STATES DISTRICT JUDGE**

1