# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIANO G. LOPEZ,<br><br>                     Plaintiff,<br>     v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                     Defendants. | 3:17-cv-00732-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 170 |

Before the court is Plaintiff's Motion for Refusal NDOC to Pay All Surgery from Eyes. (ECF No. 170.) Defendants have filed a response to Plaintiff's motion. (ECF No. 171.) To date, no reply has been filed by Plaintiff.

On May 17, 2023, District Judge Robert C. Jones entered an order dismissing this case with prejudice and closed this case. (ECF No. 167.) Plaintiff now claims that the NDOC is refusing to fix his eye well. (ECF No. 170 at 1.) Defendants state in their response that Plaintiff's cataract surgery was performed by Dr. Wolffe on July 26, 2023, and Plaintiff was happy with the outcome. (ECF No. 171 at 1.) It appears to the court that the terms of the settlement have been satisfied.

Plaintiff's Motion for Refusal NDOC to Pay All Surgery from Eyes (ECF No. 170) is **DENIED** as the court no longer has jurisdiction over this closed case.

**IT IS SO ORDERED.**

DATED: November 21, 2023.

_____
Craig S. Denney
United States Magistrate Judge